eting fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6205. Job Thykkuttathil, et ux., Petitioners v. United States.**

562 U.S. 980, 131 S. Ct. 443, 178 L. Ed. 2d 321, 2010 U.S. LEXIS 8134.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 8, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6370. In re Edward Starling, Petitioner.**

562 U.S. 980, 131 S. Ct. 443, 178 L. Ed. 2d 321, 2010 U.S. LEXIS 8287.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 8, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-98. John D. Ashcroft, Petitioner v. Abdullah al-Kidd.**

562 U.S. 980, 131 S. Ct. 415, 178 L. Ed. 2d 321, 2010 U.S. LEXIS 8303.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted

limited to Questions 1 and 2 presented by the petition. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 580 F.3d 949.

**No. 09-920. Paul Simmons, et al., Petitioners v. William Francis Galvin, Secretary of the Commonwealth of Massachusetts.**

562 U.S. 980, 131 S. Ct. 412, 178 L. Ed. 2d 321, 2010 U.S. LEXIS 8323.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 575 F.3d 24.

**No. 09-1539. Daniel Ray Wilkes, Petitioner v. Indiana.**

562 U.S. 981, 131 S. Ct. 414, 178 L. Ed. 2d 321, 2010 U.S. LEXIS 8144.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Indiana denied.

Same case below, 917 N.E.2d 675.

**No. 09-10417. Jimmy J. Wade, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 981, 131 S. Ct. 412, 178 L. Ed. 2d 321, 2010 U.S. LEXIS 8273.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.